William T. GRAY, III, Appellant

v.

WALTER REED ARMY MEDICAL CENTER, et al., Appellees

No. 00–5312.

United States Court of Appeals, District of Columbia Circuit.

March 19, 2001.

Before HARRY T. EDWARDS, Chief Judge, STEPHEN F. WILLIAMS and RANDOLPH, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court

**4**

for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order, filed July 24, 2000, be affirmed substantially for the reasons stated by the district court in its decision. The district court did not abuse its discretion. *See Browder v. Director, Illinois Dept. of Corrections,* 434 U.S. 257, 263 n. 7, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (denial of Rule 60(b) post-judgment motion overturned only if the district court abused its discretion).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.